**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jason E. Theisen,
Debtor.

ch. 12 19-60412

Helen Schwagel,
Plaintiff,

v.

Adv. 26-06007

Jason E. Theisen,
Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Helen Schwagel and Defendant Jason E. Theisen, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. **Dismissal of Plaintiff's Claims.** All claims asserted by Plaintiff against Defendant in the above-captioned adversary proceeding are hereby dismissed with prejudice and on the merits.

2. **Dismissal of Counterclaim.** All counterclaims asserted by Defendant against Plaintiff in this adversary proceeding are hereby dismissed with prejudice and on the merits.

3. **Fees and Costs.** Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this adversary proceeding, and no party shall seek, or be liable for, sanctions of any kind arising from this proceeding.

4. **Termination of UCC Financing Statement.** Within fourteen (14) days following entry of the Order approving this Stipulation, Plaintiff shall cause UCC Financing Statement No. 1592256600036, filed with the Minnesota Secretary of State, to be terminated through the filing of a UCC termination statement.

5. **Mutual Release.** Plaintiff and Defendant each release and forever discharge the other, together with their respective agents, attorneys, heirs, successors, and assigns, from all claims, demands, and causes of action arising out of or relating to this adversary proceeding.

6. **Vacatur of Deadlines.** The parties jointly request that the Court vacate all pending deadlines in this adversary proceeding, including any scheduled mediation, as moot.

7. **Authority.** Each undersigned attorney represents that he is authorized to execute this Stipulation on behalf of his respective client.

Dated: June 19, 2026

**SMITH JADIN JOHNSON, PLLC**
**/s/ Tyler A. Ebert**
Tyler A. Ebert (#0506104)
7900 Xerxes Avenue South, Suite 600
Bloomington, MN 55431
Telephone: 651-615-6935
*tebert@sjjlawfirm.com*
Attorney for Plaintiff Helen Schwagel

Dated: June 19, 2026

**CALVERT LAW OFFICE, P.A.**
**/s/ Sam V. Calvert**
Sam V. Calvert (#1431X)
1011 2nd Street North, Suite 107
St. Cloud, MN 56303
Telephone: 320-252-4473
*calcloud@gmail.com*
Attorney for Defendant Jason E. Theisen

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jason E. Theisen,
Debtor.

ch. 12 19-60412-MER

Helen Schwagel,
Plaintiff,

v.

Adv. 26-06007

Jason E. Theisen,
Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE**

This matter came before the Court upon the Stipulation for Dismissal with Prejudice of Plaintiff Helen Schwagel and Defendant Jason E. Theisen. Based upon the Stipulation, and upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

1. The Stipulation for Dismissal with Prejudice is **APPROVED**.
2. All claims asserted by Plaintiff Helen Schwagel against Defendant Jason E. Theisen in this adversary proceeding are **DISMISSED WITH PREJUDICE** and on the merits.
3. All counterclaims asserted by Defendant Jason E. Theisen against Plaintiff Helen Schwagel in this adversary proceeding are **DISMISSED WITH PREJUDICE** and on the merits.
4. Each party shall bear its own attorneys' fees, costs, and expenses, and no party shall recover sanctions.
5. All pending deadlines in this adversary proceeding, including any scheduled mediation, are **VACATED** as moot.

**BY THE COURT:**

Dated: ______________, 2026

_________________________________
Michael E. Ridgway
United States Bankruptcy Judge